UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | NO: AU:26-CR-00385(1)-DAE |
| vs. | § | |
| | § | |
| (1) Ryan Thomas Griffin, | § | |
| | § | |
| Defendant. | § | |

# ORDER SETTING MOTIONS HEARING

It is hereby ORDERED that the above entitled and numbered case is set for hearing a on Exclude Evidence & Bifurcated Trial on Religious-Motivation Special Findings (Dkt no. 55 & 56) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, November 19, 2026 at 01:30 PM**.

IT IS SO ORDERED, November 13, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE