**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**RYAN THOMAS GRIFFIN**<br>**Defendant** | **Criminal No. A-26-CR-385 DAE**<br><br>**INFORMATION**<br><br>**[Ct. 1: 18 U.S.C. § 875(c) – Interstate Transmission of Threatening Communication]** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Interstate Transmission of Threatening Communication**
**[18 U.S.C. § 875(c)]**

Between June 7, 2026, and June 20, 2026, in the Western District of Texas and elsewhere, Defendant,

**RYAN THOMAS GRIFFIN,**
**a.k.a. Gab user "PoisonDartPepe,"**

did knowingly transmit in interstate and foreign commerce a communication, namely, one or more publicly accessible postings on Gab, an online social media platform, and the communication contained a threat to injure the person of another, that is:

*a.* *"I'm just a random nobody in the US and I can pick any synagogue I want and go postal on it and the president will be visiting the place the next week to pay respects to his real masters. Your theater kid shit will be easy to play and as soon as I get an organized group of men willing to act on it we are going after your ass zog trash. I don't care about trump, and I wouldn't even live to see him there most likely assuming I jihaded any place, but the team would have all your moves laid out in advance and they'd be waiting. The first attack would just be the bait. And then we'd hit you again at the funeral once the more important people showed up to grift."*

b. *"Zionists do not have the authority to lecture me on sexual morals or anything else. They're criminals and I am going to kill them."*

for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his communication would be understood as a threat.

All in violation of Title 18, United States Code, Section 875(c).

JUSTIN R. SIMMONS
United States Attorney

By: /s/ Matthew Devlin
________________________________
MATTHEW DEVLIN
Assistant United States Attorney